UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS   CASE NO.  3:05-CR-1-001/LAC

CALVIN ALLEN

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: _X_ AFine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:       Calvin Allen #04383-017   (Payee)
Address:   USP Pollock
           PO Box 2099
           Pollock, LA 71467

Receipt Number  B041309DFLN305CR000001

Date of Receipt   5/11/09

Motion: N/A

Explanation: Calvin Allen's $100.00 special assessment and $300.00 fine were paid on 3/16/09.  The Clerk's office received $35.00 on the April 2009 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Allen does not owe any additional money.  Requesting authorization to refund the $35.00 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_
               Philip Detweiler, Financial Specialist        Date:  May 11, 2009

Referred by:   Mary Maloy, Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 11th day of May, 2009, that the Clerk refund the identified funds to the payee.

APPROVED      X

DENIED _____            _s/L.A. Collier_
                                    LACEY A. COLLIER
                                    SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99